1  Todd M. Friedman, Esq. (216752)
2  LAW OFFICES OF TODD M. FRIEDMAN, P.C.
   369 S. DOHENY DR. #415
3  BEVERLY HILLS, CA 90211
4  877 206-4741
   866 633-0228 facsimile
5  tfriedman@AttorneysForConsumers.com
   Attorney for Plaintiff
6



7           UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9  **ADDIE BUCK,**                  )  Case No. 1:10-cv-01415-AWI-SMS
                                    )
10 Plaintiff,                       )  **NOTICE OF VOLUNTARY**
                                    )  **DISMISSAL WITH PREJUDICE**
11     vs.                          )
                                    )
12                                  )
   **BUSINESS AND PROFESSIONAL**    )
13 **COLLECTION SERVICE, INC.,**    )
                                    )
14 Defendant.                       )
                                    )
15 _____  )

16

17     **NOTICE IS HEREBY GIVEN** that Plaintiff has filed with the Clerk of the

18 Eastern District Court of California, Plaintiff's Notice of Voluntary Dismissal With

19 Prejudice, a copy of which is hereby served upon Defendant.
20

21            RESPECTFULLY SUBMITTED this 28th day of September, 2010.
22
                            By: s/Todd M. Friedman
23                          Todd M. Friedman, Esq.
24                          LAW OFFICES OF TODD M. FRIEDMAN, P.C.
                            369 S. DOHENY DR. #415
25                          BEVERLY HILLS, CA 90211
                            877 206-4741
26                          866 633-0228 facsimile
27                          tfriedman@AttorneysForConsumers.com
                            Attorney for Plaintiff
28

It is so Ordered. Dated: 9-30-10

_____
United States District Judge

Notice of Dismissal - 1

Filed electronically on this 28th day of September, 2010 with:

United States District Court CM/ECF system

And hereby served upon all parties

Notification sent on this 28th day of September, 2010, via the ECF system to:

Honorable Sandra M. Snyder
Judge of the United States District Court
Central District of California

Craig Joel Mariam
Gordon and Rees LLP
633 W. 5th Street
Ste. 4900
Los Angeles, CA 90071


By: s/Todd M. Friedman
    Todd M. Friedman

Notice of Dismissal - 2